EXHIBIT A

July



**David Bykowski RN** updated the description.
Admin · July 1 ·

this group is for those who seeking to find answers to the questions where does BOO get there Fulvic from if not from Moose Creek bog that Marc Saint-Onge states he does in several promotional videos. why are we not seeing 3rd party testing that is recent. Only testing available to my knowledge is from 2017. several others concerned are and have done testing to find unsafe levels of lead and other heavy metals.
How does near by toxic land fills and waste management plants effect BOO's Fulvic Humic Acid.

1

Like Answer

Write an answer...



David Bykowski RN shared a link.
Admin · July 30 ·

By Zsuzi Atlantis

Anyways, here's the relevant information I've found:
1. BOO is not Health Canada approved as they claim on their advertising (in addition, it's illegal to claim that on advertising in Canada). The NPN they use on their advertising is for another product called NuWTR, which is a liquid. I've alerted HC to this via email. It may be being sold in Canada illegally at this point.
2. If you want to report any adverse health affects to this product within Canada, here is the site:

CANADA.CA
**Report a side effect of a health product, drug or medical device - Canada.ca**
Guided process to report a side effect to a drug. medical device, vaccine, natural health product, cannabis or veterinary drug.

3 · 11 Comments

Like · Comment

View 1 more comment · All Comments



**Jean Mary**
Could you post or tag me in the post with the NPN? TY

Like · Reply · 4w

↳ David Bykowski RN replied · 5 Replies

**Sue Collins**
This link only allows reporting for Canadians. It asks for personal information that includes address which is required. The only address one can enter is a Canadian address.

Like Reply 4w

↳ David Bykowski RN replied · 1 Reply



Write a comment...




This guy is nothing but a Snakeoil salesman. Listen to the passion he displays " This very unique ingredient called Fulvic Humic Acid and this ingredient is the life Blood of my passion" This is an example of how he cons BOO brand partners into believing BOO is a miracle supplement.






https://www.facebook.com/1224936003/videos/838971100070451/



David Bykowski RN

Admin · July 29 ·

Brand Partners and customers are literally eating shit. Ecoli comes from shit!!!!!




4

7 Comments

Like

Comment

View 1 more comment

All Comments



Nikki Garrett

boy that's an old vid...back in 2012.

so he called his company golden moor back then? ... See More



2

Like · Reply · 4w · Edited

↳ David Bykowski RN replied · 1 Reply



Michal Marie

So the parasites everyone keeps taking pictures of could



David Bykowski RN shared a post.
Admin · July 31 at 1:29 PM ·

Unbelievable




David Bykowski RN
July 30 ·

Boo consumers beware of ingesting Ecoli and or streptococcus


1
2 Comments
Like
Comment
All Comments
Christen Granger
Where can we find this research?
Like · Reply
David Bykowski RN replied · 1 Reply
Write a comment...
David Bykowski RN
Admin · August 1 at 11:11 PM
I an not a fan of frivolous law suits but because Boo's owners are not being forth right and or transparent perhaps we should be gathering names of those who feel that BOO put their health at risk.
2
Like
Comment
Write a comment...




In the video below Marc Saint-Onge CEO boosts that he searched 67 bogs in Canada to find one that has the highest level of Fulvic Humic Acid in the world. We now know that 4vseoerateventities ran 4 lab tests all at different labs to reveal BOO has only 5% Fulvic in its BOO not the 40% he claims. Far from the best in the world. It's equivalent can be found in the plant section in gallon containers at Walmart. It's Fulvic Humic Acid fertilizer for your garden.

I made an inquiry to Health Canada to prove to myself that Health Canada does not and never has done testing of natural supplements as part of their application for an NPN (Natural Product Number) or do they do any continuing monitoring or testing of any supplements that were awarded an NPN . Let me tell you in the 2 yrs I was a BOO brand partner Marc Saint-Onge CEO of BOO bragged about how difficult it was to be awarded an NPN and that it took him 7 yrs to get BOO 's NPN. According to Health Canada the average time it takes to be approved is 2 -7 months. The process to be awarded an NPN includes supplying Health Canada information about your product such as ingredients how it is created or in Boo's case sourced as well as independent 3rd party Certificates of Analysis. The reason I believe it took Marc 7 yrs is none of the Certificates of Analysis he submitted passed their standards. Who knows how he finally did pass. Did he submit BOO or perhaps a Certificate of Analysis of someone else's Fulvic Humic Acid. I am not suggesting he did but with all the lies this guy is telling who would notbput it past him.




What we need is eyes and ears out there. When you sense someone is questioning BOO and it's safety, screenshot their Facebook site and I will send them an invite to our group.

5 2 Comments

Like Comment

All Comments

**Sue Collins**
Do you want screenshots posted here or PM you?

Like · Reply · 4w

David Bykowski RN replied · 1 Reply

Write a comment...




Boo is nothing but SNAKEOIL and it's CEO
Marc Saint-Onge is nothing but a Snakeoil salesman. The proof is in the Landfill BOG!!!!








David Bykowski RN

Admin · August 16 at 7:36 AM ·

Over 70 people joined our group recently welcome to our group. This group was started by me to get answers from the owners of BOO. As many of you in this group know, I have been waging war against BOO and BOO groups for months. Today I was approached by a person who says she also was terminated with out cause and I welcomed her with open arms. Then later she defriended me saying she didn't trust me. As many of you know we have had spies infiltrate this group and I have been attacked by the likes of people this woman Tammy Ward says have harmed her. She expressed she didn't trust me and that I had to win her trust and I am sorry she invited you to this group but I have no time to win over her trust. I told her we could start over and she proceed to insult me calling me a fraud and a narcissist. So you people are welcome to stay and judge for yourself and help us shut down BOO or you can leave the group by her command.
Be Well

14 19 Comments

Like Comment

View 2 more comments All Comments

**Tiffini Lovell**
Tammy said this to you? She invited me to this group... I went to Tammy with information about BOO not being the "wonderful" thing everyone is making it out to be... my friend Raylene posted a video about BOO and I shared it with Tammy... you are doing... See More

Like · Reply · 2w 1

Carmen Baldwin replied · 15 Replies

**Jenifer Grant**
I wasn't invited by Tammy(I don't think I've ever even interacted with her). I saw this group mentioned in another, and in trying to be health conscious I like to research just about everything, so I came here because research involves reading all side... See More

Like · Reply · 2w 2

 David Bykowski RN replied · 5 Replies



Write a comment...



Rebbecca Briggs

Admin · August 16 at 1:12 PM ·

This is some info thats just to light from another group looking into BOO

Okay so I found something that is truly and....oh God, TRULY HORRIFYING ABOUT BOO

It is both fundamentally disturbing AND EVIDENCE that they get their dirt from a contaminated site

And it's been RIGHT IN FRONT OF OUR FACES the whoooole time

THE COA from 2017

It has a section that is abbreviated -- which it should not -- and it is entitled "Minerals"....WHICH THEY ARE NOT.

Two of the things listed there caught my eye, because they are not a compound from the Periodic Table of Elements (that chemistry chart we all see in science class)....I knew BOO was hiding some things with listing only the abbreviations, and also by calling them "Minerals"....BUT I DID NOT EXPECT IT TO BE THIS BAD.....

TWO INDUSTRIAL CONTAMINANTS are listed there

TWO

AND ONE is 17.29% OF THE ENTIRE SAMPLE

THAT MEANS that there is likely MORE of this HAZARDOUS WASTE IN THERE THAN THERE IS OF FULVIC ACID ITSELF.

After looking up what this abbreviation means, and reading what it does.....I hate to sound dramatic, but I screamed out loud. And then I've been unable to type out anything since without having my hands shake.

It's poison. Even worse than we possibly could have imagined.

And the one that is 17.29% OF THE SAMPLE is AN INDUSTRIAL waste that comes from the CEMENT INDUSTRY.....NOT NATURAL

It's poison. Even worse than we possibly could have imagined.

And the one that is 17.29% OF THE SAMPLE is AN INDUSTRIAL waste that comes from the CEMENT INDUSTRY.....NOT NATURAL

And know what else....?

"Cement kiln dust" and cement industry waste IS ONE OF THE WASTES THAT THE MOOSE CREEK BOG ACCEPTS.

Now the other one is "Phosphorus Pentoxide" (P2O5)....they say it is in a small amount on the COA, but NONE SHOULD BE THERE WHATSOEVER and that presence ALSO signifies THEY EXTRACT FROM A POISONED SITE

OH MY GOD OVER SEVENTEEN PERCENT of Potassium Oxide....OVER SEVENTEEN PERCENT OF THE SAMPLE IS A POISON!!!!! AN INDUSTRIAL POISON!!!!

Thanks you to Susan Clinton

21 24 Comments

Like Comment

View 12 more comments All Comments



Katie-Kat Lemon
Wait what's the first compound that comprises 17% of the product? I don't think you specified it's actual name, either that or I totally missed it. I'd like to know what it is so that I can learn about it...

Like · Reply · 1w



Lynn Marchand
Ellie Parks

1



David Bykowski RN

Admin · August 18 at 11:13 AM

Written by Meg Priest

In a nutshell: The BOO certificate of analysis and the test samples that they provided as their credibility to their representatives is filled with all kinds of red flags and abbreviations (on purpose so they don't have to show the other substances that are being found in the bog, which is located next to a toxic waste facility). even the pH of the "soil" itself is just not where it should be. (there are pictures in the posts throughout this group to illustrate this from the company's own "COA") I personally DO NOT recommend using fulvic/humic acid (even in other pure forms from reputable companies) because there are plenty of other things you can do to detox that are soooo much safer! I also don't recommend anyone doing heavy detoxing unless they are under the care of a certified naturopathic physician. There's way more science behind all of this and if you'd like to dig through the information in the group, it's here. But let's be clear this is multi faceted.

Let's move along to some of the FTC violations. Even if the product were pure in its form, and free of other toxic substances, The marketing techniques and manipulative ploys that the leaders are using to get people to buy this is unfathomable. You simply cannot make a medical claims!! And there is absolutely no substance on this earth that will cure all of the things! It's not reality. The way that they are marketing this stuff is absolutely disgusting and it gives people who do this industry for a living the right way, a really bad name. And I believe its putting people in danger. especially at a time right now where people are doubting medical professionals (listen I had my fair share of them and I don't trust a lot of them to begin with but I also know that sometimes they are necessary) and it's like they are capitalizing on the woke population to eat this dirt. and then hoping everyone spreads it like glitter and confetti around to all of the sad and unmotivated stay at home moms who are just looking for something quick... There is a way to represent a product that you love without being a total ass hat and giving people false hope's.

THEN We've got leaders who are posting they've made $30,000 in

Let's move along to some of the FTC violations. Even if the product were pure in its form, and free of other toxic substances, The marketing techniques and manipulative ploys that the leaders are using to get people to buy this is unfathomable. You simply cannot make a medical claims!! And there is absolutely no substance on this earth that will cure all of the things! It's not reality. The way that they are marketing this stuff is absolutely disgusting and it gives people who do this industry for a living the right way, a really bad name. And I believe its putting people in danger. especially at a time right now where people are doubting medical professionals (listen I had my fair share of them and I don't trust a lot of them to begin with but I also know that sometimes they are necessary) and it's like they are capitalizing on the woke population to eat this dirt. and then hoping everyone spreads it like glitter and confetti around to all of the sad and unmotivated stay at home moms who are just looking for something quick... There is a way to represent a product that you love without being a total ass hat and giving people false hope's.

THEN We've got leaders who are posting they've made $30,000 in their first month. This is again a FTC violation. And what bothers me more is that these people know exactly what they're doing and they know it's wrong! They've been in the industry long enough to know what the rules are and they just don't give a damn, as long as they can get a paycheck.

which leads us to the censoring of the groups all over Facebook... people ARE having bad reactions but you're not going to hear about it because they delete the post and block the person immediately. this leads people into believing that there are no negative consequences to taking this, trusting the person who is hyping it up, because let's be real they just want the commission, and then continuing to take a product that could potentially cause lifelong damage... This is serious business, and this is not the way to run a business! I don't care what miracle products you think you've got!



23 · 57 Comments

Like · Comment

View 8 more comments · All Comments

Tenacity Tana Thurman Admin




Announcing our 400th member. Winner of a lifetime of BOO fresh from the toxic Moose Creek Bog.
Just kidding me 🤣🤣🤣🤣




Katie Trupiano Dehner





David Bykowski RN shared a link.
Admin · August 19 at 11:39 AM ·

Soylent Green was a type food that people were addicted to. The 1973 film
Soylent Green, which starred Charlton Heston set in the year 2022 ended with a (spoiler alert) the horrifying reveal was that the wafers were actually made from human remains.
Sound creepy and slightly familiar



YOUTUBE.COM

**Soylent Green Trailer**

People know what they want, and what they want is Soylent Green

 16 — 11 Comments

 Like — Comment

View 2 more comments — All Comments



**Allie Gilbert**
set in the year 2022....funny that innit!!



David Bykowski RN shared a link.
Admin · August 21 at 11:17 AM ·

This journey began not when I was terminated but when it was brought to my attention that BOO could very well be tainted. It has been a journey that has seen the numbers of detractors grow. Every movement needs a theme song I have chose it
The Sound of Silence
By Disturbed
Please comment your thoughts



YOUTUBE.COM
Disturbed - The Sound Of Silence [Official Music Video]
Watch the official music video for The Sound of Silence by Disturbe...

10 · 10 Comments

Like · Comment

View 3 more comments · All Comments



Connie Proctor
I've been playing this song for months now🎶💞🔥
Like · Reply · 1w




•••

https://inspection.canada.ca/.../1390269985112/1390346078752

Here is the link to report it to the Canadian equivalent of the FDA, called the CFIA. It's a really easy form to fill out. I just did it. If they get a lot of complaints maybe they'll actually look into it.

INSPECTION.CANADA.CA

**Report a food-related concern - Canadian Food Inspection Agency**

Provision of the information requested on this form is voluntary. The personal information you include in an inquiry may be used to prepare a...

3

1 Commen

Like

Comment

All Comments

**Brandy Renee**

Here is another place for the people who have had side effects of a natural product to report it

--->https://www.canada.ca/.../natural-health-products.html

CANADA.CA

Report a side effect or adverse reaction to a natural health product...