IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| 11578243 CANADA, INC., D/B/A BLACKOXYGEN ORGANICS, BLACKOXYGEN ORGANICS USA, INC., MARC SAINT-ONGE AND CARLO GARIBALDI, <br><br>　　Plaintiffs,<br><br>v.<br><br>DAVID BYKOWSKI<br><br>　　Defendant | §§§§§§§§§§§§§ CIVIL ACTION NO. 5:21-cv-00880 |

### APPENDIX TO
### PLAINTIFFS' ORIGINAL COMPLAINT

**EXHIBIT 1**   Declaration of Marc Saint-Onge

　　*Attachments*

　　*A* – March 13, 2021 Termination letter
　　*B* - March 13, 2021 email from Bykowski to Saint-Onge
　　*C* – March 15, 20201 email from Bykowski to Saint-Onge and Garibaldi
　　*D* – March 17, 2021 email from Bykowski to BlackOxygen management
　　*E* - April 16, 2021 letter from K. Thompson to Bykowski
　　*F* – July 2, 2021 email from Bykowski to Saint-Onge and Garibaldi
　　*G* - July 31, 2021 email from Bykowski to Saint-Onge and Garibaldi
　　*H*- August 28, 2021 email from Bykowski to Brand Partner

**EXHIBIT 2**   Affidavit of Scott J. Schmitz

　　*Attachment*

　　*A* – Screenshots of various Bykowski Facebook posts

Date: September 16, 2021                    Respectfully Submitted,

**SCHEEF & STONE, L.L.P.**

By: */s/ C. Brenton Kugler*
    C. Brenton Kugler
    State Bar No. 11756250
    brent.kugler@solidcounsel.com
    Andrea E. Cook
    State Bar No. 24085969
    andrea.cook@solidcounsel.com
    500 N. Akard Street
    Suite 2700
    Dallas, Texas 75201
    (214) 706-4200
    (214) 706-4242 (Telecopy)

**ATTORNEYS FOR PLAINTIFFS 11578243 CANADA, INC., D/B/A BLACKOXYGEN ORGANICS, BLACKOXYGEN ORGANICS USA, INC., MARC SAINT-ONGE AND CARLO GARIBALDI**