# EXHIBIT A

## CAUSE NO. 5:21-CV-00880-XR

| | | |
|---|---|---|
| 11578243 CANADA, INC., D/B/A BLACKOXYGEN ORGANICS, BLACKOXYGEN ORGANICS USA, INC., MARC SAINT-ONGE AND CARLO GARIBALDI, | § § § | IN THE UNITED STATES DISTRICT COURT FOR THE |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| DAVID BYKOWSKI | § | |
| Defendant. | § | WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION |

## AFFIDAVIT IN SUPPORT OF SUBSTITUTE SERVICE

"The following came to hand on **Sep 24, 2021, 2:49 pm** for delivery to **DAVID BYKOWSKI**,

**SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT, APPENDIX TO FIRST AMENDED COMPLAINT, DECLARATION OF MARC SAINT-ONGE AND EXHIBITS A THROUGH H,**

**Sep 25, 2021, 1:49 pm at 16465 Henderson Pass APT 1314, San Antonio, TX 78232 .**
Attempted service at the given address. No answer. I did not leave a notice on this initial attempt. Vehicle observed in the parking lot near apt. 1314 with a chair lift for a handicapped person is believed to belong to the subject. The vehicle plate number 8PNGG white Rogue SUV is registered to DAVID BYKOWSKI at the given address per HDR report.

**Sep 27, 2021, 8:26 pm at 16465 Henderson Pass APT 1314, San Antonio, TX 78232 .**
Attempted service at the given address. Knocked on the door several times. No answer. Dim lighting was visible through the patio door area of the apt. Left contact notice on the front door. White SUV parked in the same parking space as my last attempt.

**Sep 30, 2021, 10:09 am at 16465 Henderson Pass APT 1314, San Antonio, TX 78232 .**
Attempted service at given address. Notice from previous attempt is still on door.knocked on door several times. No answer. Left second notice. White SUV registered to subject is parked in handicapped space. Bykowski plaque above patio door. No lights visible thru patio door.

**Oct 5, 2021, 8:09 pm at 16465 Henderson Pass APT 1314, San Antonio, TX 78232 .**
I made an attempt at the given address. The notices from my previous attempts are still on the door. There was a package addressed to the subject in front of the door from prime delivery. I knocked on the door several times with no answer. The subject's vehicle is parked in the same handicap space that it has been parked on my previous attempts.

**Oct 12, 2021, 9:48 am at 16465 Henderson Pass APT 1314, San Antonio, TX 78232 .**
Attempted service at the given address. Subject's vehicle was not on location. Patio drapes were open. Prime package from last attempt was no longer at the door. Contact notices left on door have not been removed. Knocked on door several times. No answer. Left another notice.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Carol L. Watson**, my date of birth is **04/18/1955**, and my address is **2939 Mossrock Lane Suite 280, San Antonio, TX 78230**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Bexar** County, State of **Texas**, on **October 14, 2021**.

*Carol L. Watson* (signature)

Carol L. Watson
Certification Number: PSC-2139
Certification Expiration: 6/30/2022