# EXHIBIT B

CAUSE NO. 5:21-CV-00880-XR

| | | |
|---|---|---|
| 11578243 CANADA, INC., D/B/A BLACKOXYGEN ORGANICS, ET AL | § § § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § § | WESTERN DISTRICT OF TEXAS COUNTY, |
| DAVID BYKOWSKI | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT |

## AFFIDAVIT IN SUPPORT OF SUBSTITUTE SERVICE

On this day personally appeared **Steve D Perez** who, being by me duly sworn, deposed and said:

"The following came to hand on **Oct 18, 2021, 10:42 am**,

SUMMONS IN A CIVIL ACTION WITH ATTACHED FIRST AMENDED COMPLAINT, APPENDIX TO FIRST AMENDED COMPLAINT, AND EXHIBIT "A"-"H",

For delivery to **DAVID BYKOWSKI**

1) Unsuccessful Attempt: Oct 21, 2021, 9:32 am CDT at Home: 16465 HENDERSON PASS APT # 1314, SAN ANTONIO, TX 78232-3200

Good address. No response. Left delivery notice on the door. Verified with leasing office and spoke to a Michelle Delp Assistant Manager that verified the residence for the subject.

Received a phone call from the subject that stated he was currently out of the state and would return in two weeks.

2) Unsuccessful Attempt: Oct 23, 2021, 9:00 am CDT at Home: 16465 HENDERSON PASS APT # 1314, SAN ANTONIO, TX 78232-3200

No response. Left delivery notice.

3) Unsuccessful Attempt: Oct 25, 2021, 12:29 pm CDT at Home: 16465 HENDERSON PASS APT # 1314, SAN ANTONIO, TX 78232-3200

No response. Heard no movement at the residence. Last delivery notice was not present.

4) Unsuccessful Attempt: Oct 26, 2021, 6:43 pm CDT at Home: 16465 HENDERSON PASS APT # 1314, SAN ANTONIO, TX 78232-3200

No response. Last delivery notice was not present. Curtains to the sliding door were open and the lights were on but no movement within the residence. Left a delivery notice on the door. A vehicle matching the description of a Nissan SUV that the client had furnished was present with Texas license plate number 8PNGG. This is a good address for the subject. We have verified with management of the leasing office and a phone report that has been furnished.

I have made diligent efforts to deliver said papers to **DAVID BYKOWSKI**. I have made numerous attempts at their residence address as described above and have posted my information to the front door of their residence. I believe an efficient way to effect service is by leaving a copy with anyone over 16 years of age or by securely attaching the Summons, with Complaint and Exhbits attached, with tape to the front door of **DAVID BYKOWSKI**'s residence, where it is sure to be seen by someone at the residence, or in any other manner the affidavit or evidence before the court shows will be reasonably effective to give the defendant notice of the suit.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Steve D Perez
Certification Number: PSC #12025
Certification Expiration: 05/31/2023

BEFORE ME, a Notary Public, on this day personally appeared **Steve D Perez**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON 10/27/2021

Notary Public, State of Texas

DOLORES ANN PEREZ
Notary Public, State of Texas
Comm. Expires 03-30-2024
Notary ID 132419952