CAUSE NO. 5:21-CV-00880-XR

| | | |
|---|---|---|
| 11578243 CANADA, INC., D/B/A BLACKOXYGEN ORGANICS, ET AL | § § § | IN THE COURT OF |
| Plaintiff, | § | |
| VS. | § § | WESTERN DISTRICT OF TEXAS COUNTY, |
| DAVID BYKOWSKI | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Steve D Perez** who, being by me duly sworn, deposed and said:

"The following came to hand on **11/1/2021 at 4:43 PM,**

ORDER,SUMMONS IN A CIVIL ACTION WITH ATTACHED FIRST AMENDED COMPLAINT, APPENDIX TO FIRST AMENDED COMPLAINT, AND EXHIBIT "A"-"H", ORDER,

and was executed at **16465 HENDERSON PASS APT # 1314, SAN ANTONIO, TX 78232-3200** within the county of BEXAR at **06:48 AM on Wed, Nov 03 2021**, by delivering a true copy to the within named

DAVID BYKOWSKI BY POSTING (IN ACCORDANCE WITH THE ORDER) TO THE FRONT DOOR OF 16465 HENDERSON PASS, APARTMENT 1314 SAN ANTONIO, TEXAS 78232 AND SENT VIA FIRST CLASS MAIL

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____

Steve D Perez
Certification Number: PSC #12025
Certification Expiration: 05/31/2023

BEFORE ME, a Notary Public, on this day personally appeared **Steve D Perez**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON _11/03/2021_

_____
Notary Public, State of Texas

DOLORES ANN PEREZ
Notary Public, State of Texas
Comm. Expires 03-30-2024
Notary ID 132419952

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

| | |
|---|---|
| 11578243 Canada, Inc., d/b/a BlackOxygen Organics, BlackOxygen Organics USA, Inc., Marc Saint-Onge and Carlo Garibaldi<br><br>*Plaintiff(s)*<br><br>v.<br><br>David Bykowski<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 5:21-CV-00880-XR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   David Bykowski
16465 Henderson Pass, Apartment 1314
San Antonio, Texas 78232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C. Brenton Kugler, Scheef & Stone, LLP, 500 N. Akard, Ste. 2700, Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   JEANNETTE J. CLACK

Date: 09/23/2021

*Signature of Clerk or Deputy Clerk*

