IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| 11578243 CANADA, INC., D/B/A BLACKOXYGEN ORGANICS, BLACKOXYGEN ORGANICS USA, INC., MARC SAINT-ONGE, AND CARLO GARIBALDI, <br><br>     Plaintiffs, <br><br> v. <br><br> DAVID BYKOWSKI <br><br>     Defendant | § § § § § § § § § § § § § §   CIVIL ACTION NO. 5:21-CV-00880-XR |

**STIPULATION EXTENDING TIME FOR DEFENDANT TO
ANSWER OR RESPOND TO PLAINTIFF'S FIRST AMENDED PETITION**

Plaintiffs 11578243 Canada, Inc. d/b/a BlackOxygen Organics, BlackOxygen Organics USA, Inc., Marc Saint-Onge and Carlo Garibaldi (collectively the "Plaintiffs") and Defendant David Bykowski ("Defendant") hereby stipulate that the deadline for Defendant to file an answer or other responsive pleading to Plaintiffs' First Amended Complaint is extended to December 8, 2021.

**AGREED AS TO FORM AND CONTENT:**

By:   */s/ C. Brenton Kugler*                                    */s/  David P. Bykowski*
        C. Brenton Kugler                                              David P. Bykowski
        State Bar No. 11756250                                      16465 Henderson Pass Apt. 1314
        brent.kugler@solidcounsel.com                          Apt. 1314
        **SCHEEF & STONE, LLP**                                  San Antonio, Texas 78232-3200
        500 N. Akard Street                                              (210) 744-8252
        Suite 2700
        Dallas, Texas 75201                                              **Defendant, Appearing** *Pro Se*
        (214) 706-4200
        (214) 706-4242 (Telecopy)

        **ATTORNEYS FOR PLAINTIFFS**